IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY IVY                                                              PLAINTIFF

v.                    No. 3:18-cv-145-DPM

AMANDA McDANIELS, OIC/Sgt.,
Craighead County Detention Center                                        DEFENDANT

## ORDER

Based on Ivy's objection, № 9, the Court declines the recommendation, № 8, without prejudice and returns this case to the Magistrate Judge for further proceedings. FED. R. CIV. P. 72(b)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 November 2018