IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY IVY                                                                                    PLAINTIFF

V.                              CASE NO. 3:18-CV-145-DPM-BD

AMANDA MCDANIEL, *et al.*                                                      DEFENDANTS

# ORDER

Three inmates filed this case without the help of a lawyer under 42 U.S.C. § 1983, alleging that Defendant McDaniel[1] conducted body-cavity searches without cause while the Plaintiffs were held at the Craighead County Detention Facility ("Detention Facility"). (Docket entry #1) Tiffany Ivy is one of those Plaintiffs. (#1) Pursuant to court policy, the Clerk of Court opened a separate case to address each Plaintiff's claims. Subsequently, Ms. Ivy filed an amended complaint adding Officer Wonderly as a party Defendant. (#14)

Defendants McDaniel and Wonderly have moved to consolidate this case with *Ivy v. McDaniel*, 3:18-CV-105-JVV, arguing that Ms. Ivy's claims are the same in both cases. (#20) Judge Joe Volpe, as the presiding judge of Ms. Ivy's earlier-filed case, has dismissed *Ivy v. McDaniel*, 3:18-CV-105-JVV. Accordingly, Defendants' motion to consolidate (#20) is DENIED, as moot.

---

[1] The Clerk of the Court is directed to update the docket sheet to reflect the correct spelling of Defendant McDaniel's name. See #20.

IT IS SO ORDERED, this 14th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE