IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY IVY                                                                                          PLAINTIFF

V.                           CASE NO. 3:18-CV-145-DPM-BD

AMANDA MCDANIEL, *et al*.                                                           DEFENDANTS

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge D. P. Marshall Jr. Any party may file written objections with the Clerk of Court; but objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Plaintiff Tiffany Ivy filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

On June 11, 2019, Ms. Ivy was given 30 days to notify the Court of her new address, after her mail was returned to Court as undeliverable. (#32) The Court specifically cautioned Ms. Ivy that her claims could be dismissed if she failed to comply with the Order. (#32) To date, Ms. Ivy has failed to update her addresses, as required by

the June 11 Order and the court's local rules.

### III. Conclusion

The Court recommends that Defendants' motion to dismiss (#29) be GRANTED, and that Ms. Ivy's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's June 11, 2019 Order.

DATED this 15th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE