# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIFFANY IVY                                                PLAINTIFF

v.                        No. 3:18-cv-145-DPM

AMANDA MCDANIEL, OIC/Sgt.,
Craighead County Detention Center; and
WONDERLY, Officer, Craighead County
Detention Facility                                DEFENDANTS

## ORDER

Unopposed recommendation, № 34, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 29, granted. Ivy's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019