# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIFFANY IVY                                                              PLAINTIFF

v.                          No. 3:18-cv-145-DPM

AMANDA MCDANIEL, OIC/Sgt.,
Craighead County Detention Center; and
WONDERLY, Officer, Craighead County
Detention Facility                                                       DEFENDANTS

## JUDGMENT

Ivy's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019